

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ**,
Appellant/Cross-Appellee

v.

Lydia **RODRIGUEZ** and Robert Pereida,
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

On July 1, 2021, we ordered appellant/cross-appellee Leticia Rodriguez and appellees/cross-appellants Lydia Rodriguez and Robert Pereida to file advisories stating which, if any, volumes of the reporter's record from which court reporters they have requested, along with proof of payment.

Appellant/cross-appellee Leticia Rodriguez filed a letter stating she only requested the trial transcript and the motion to enter judgment hearing transcript from court reporter Judy Stewart, and that she has not requested transcripts from any other court reporter. Appellant/cross-appellee Leticia Rodriguez also provided proof of payment to court reporter Judy Stewart. Appellees/cross-appellants Lydia Rodriguez and Robert Pereida filed a letter stating that they have not requested trial transcripts from any court reporter and intend to only rely upon the clerk's record.

The requested portions of the reporter's record from court reporter Judy Stewart were filed on August 5, 2021. It is ORDERED that appellant/cross-appellee Leticia Rodriguez's brief is due **on or before Tuesday, September 7, 2021.** *See* Tex. R. App. P. 38.6(a).

_____
Rebeca C. Martinez, Chief Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court